**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anson Hiapo BERMUDEZ, Defendant—Appellant.**

No. 05–50198.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.[*]

Decided Sept. 15, 2006.

Office of the U.S. Attorney Criminal Division, Los Angeles, CA, Anne Gannon, Esq., Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Leon Peterson, Esq., Federal Public Defender's Office, Santa Ana, CA, for Defendant–Appellant.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Anson Hiapo Bermudez appeals from the district court's judgment denying his motion to suppress, resulting in a guilty-plea conviction and sentence for counterfeiting in violation of 18 U.S.C. § 474(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bermudez has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal. Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is GRANTED, and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

